UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**ELIJAH E. CUMMINGS, et al.,**     )
                                    )
    **Plaintiffs,**               )
                                    )
    v.                            )    Case No. 17-cv-02308 (APM)
                                    )
**EMILY W. MURPY, Administrator,**  )
**General Services Administration,**)
                                    )
    **Defendant.**                )
_____ )

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 20, Defendant's Motion to Dismiss, ECF No. 8, is granted, and Plaintiffs' Cross-Motion for Summary Judgment, ECF No. 11, is denied.

This is a final, appealable order.

Dated: August 14, 2018                            Amit P. Mehta
                                                               United States District Judge