UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIE RASKIN, Ranking Member, United States House of Representatives, Committee On Oversight and Accountability,<br><br>      Plaintiffs,<br><br>v.<br><br>ROBIN CARNAHAN, in her official Capacity as Administrator of the United States General Services Administration,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-02308 (APM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Jamie Raskin, *et al.*, hereby dismiss this action. Because Defendant did not file an answer to the complaint or a motion for summary judgment, Plaintiffs are entitled to dismissal under Rule 41(a)(1)(A)(i).

                                                  Respectfully submitted,

| | |
|---|---|
| Scott L. Nelson (D.C. Bar No. 413584)<br>Public Citizen Litigation Group<br>1600 20th Street, NW<br>Washington, DC 20009-1001<br>(202) 588-1000<br>snelson@citizen.org | */s/ David C. Vladeck* (D.C. Bar No. 945063)<br>600 New Jersey Avenue, NW<br>Washington, DC 20001<br>(202) 662-9540<br> vladeckd@georgetown.edu |

                                                  Attorneys for Plaintiffs