# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-5305**  **September Term, 2022**

**1:17-cv-02308-APM**

**Filed On: July 28, 2023** [2010044]

Carolyn Maloney, et al.,

    Appellants

Val Demings,

    Appellee

    v.

Robin Carnahan, Administrator, General
Services Administration,

    Appellee

## O R D E R

It is **ORDERED**, on the court's own motion, that the court's mandate issued on August 16, 2022, be recalled.

The Clerk United States District Court for the District of Columbia is requested to return the mandate forthwith to the United States Court of Appeals for the District of Columbia Circuit.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk